UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
JEAN FAINBRUN, on behalf of        :
himself and others similarly       :
situated,                          :
                                   :     NOT FOR PUBLICATION
             Plaintiff,            :
                                   :     ORDER
    -against-                      :
                                   :     04-CV-2731 (CBA)(RLM)
CHEX SYSTEMS, INC.,                :
                                   :
             Defendant.            :
----------------------------------x
AMON, UNITED STATES DISTRICT JUDGE:

        The Court has received the Report and Recommendation ("R&R")

of the Honorable Roanne L. Mann, United States Magistrate Judge,

dated May 6, 2005.  The Magistrate Judge recommended that the

defendant's Rule 12(b)(6) motion to dismiss be granted in part

and denied in part.  The parties were given until May 20, 2005 to

file any objections to the R&R.  To date, no objections have been

filed.  The Court has reviewed the Report and is in agreement

with its analysis and conclusions.  Accordingly, this Court

hereby adopts the R&R as the opinion of the Court.

        SO ORDERED.


Dated:    Brooklyn, New York
          June 6, 2005


                              Carol Bagley Amon
                              United States District Judge